# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | **No. 3:06-cr-0106** |
| **v.** ) | |
| ) | **Judge Nixon** |
| **JEREMY KOON** ) | |

## ORDER

Pending before the Court is the Government's Motion to Reduce Sentence ("Motion"). (Doc. No. 48.) Pursuant to Rule 35(b)(2)(A) of the Federal Rules of Criminal Procedure, the United States moves to reduce the sentence imposed on Defendant Jeremy Koon from 120 months imprisonment to 108 months imprisonment because Koon provided substantial assistance in prosecuting another person. The Court hereby **GRANTS** the Motion.

It is so ORDERED.

Entered this the 22nd day of October, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT